**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Tavarious Settles, Petitioner.

Appellate Case No. 2018-001662

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenwood County
Frank R. Addy Jr., Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-039
Heard October 15, 2019 – Filed October 23, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

John William Roberts, of Willoughby & Hoefer, PA, and Chief Appellate Defender Robert Michael Dudek, both of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Assistant Attorney General Caroline M. Scrantom, all of Columbia,

and Solicitor David Matthew Stumbo, of Greenwood, for Respondent.

_____

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Settles*, Op. No. 2018-UP-214 (S.C. Ct. App. filed May 23, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**